**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000087
31-DEC-2025
01:54 PM
Dkt. 44 ODSD**

NO. CAAP-25-0000087

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GUILLERMO M. CANLAS, Plaintiff-Appellant, v.
DR. BRANDON W. LEE, M.D.; DR. WORLDSTER S. LEE, M.D.;
ERIN MURAOKA, R.N.; CATARACT AND VISION CENTER OF HAWAII;
DR. MARINA A. BADUA, M.D.; DR. MARINA A. BADUA, M.D., INC.,
Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE
CORPORATIONS 1-20; DOE NON-PROFIT CORPORATIONS 1-20;
DOE GOVERNMENTAL ENTITIES 1-20; and DOE ENTITIES 1-20,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0000081)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Self-represented Plaintiff-Appellant Guillermo M. Canlas (Canlas) filed the notice of appeal in this case on February 10, 2025. The case was initially dismissed on May 15, 2025 for default of the record on appeal, but was then reinstated on May 23, 2025. The record on appeal was filed on June 20, 2025.

(2) The statement of jurisdiction and the opening brief were due, without extension, on June 30, 2025 and July 30, 2025, respectively. Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(a), 28(b).

(3)  On September 18, 2025, the appellate clerk entered a *Default of Statement of Jurisdiction and Opening Brief*, stating that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 29, 2025 for action that could include dismissal pursuant to HRAP Rules 12.1(e) and 30, and that Canlas could seek relief from default by motion.

(4)  Canlas has failed to file the statement of jurisdiction and the opening brief, and has not taken any subsequent actions in furtherance of the appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  All pending motions are also dismissed.

DATED: Honolulu, Hawaiʻi, December 31, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/Kimberly T. Guidry
Associate Judge